■ HARLEY R. BARSTOW, Appellant, v JAMESTOWN AREA CHAMBER OF COMMERCE, Respondent.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Adams, J. Memorandum: We add only that since plaintiff may maintain an action for breach of contract, the wrongful discharge action must fail since plaintiff neglected to allege a breach of a duty separate and distinct from the breach of the contract *(see, Charles v Onondaga Community Coll.,* 69 AD2d 144, 146; *see also, Wegman v Dairylea Coop.,* 50 AD2d 108, 112). (Appeal from order of Supreme Court, Chautauqua County, Adams, J. —dismiss cause of action.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ NANCY D. READING et al., Respondents, v HOOKER CHEMICALS & PLASTICS CORPORATION et al., Respondents, and COUNTY OF NIAGARA, Appellant.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Kuszynski, J. (Appeal from order of Supreme Court, Niagara County, Kuszynski, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ EDWARD WILLIAMS et al., Appellants, v KEVIN GRIFFIN, Respondent. EDWARD WILLIAMS et al., Appellants, v COUNTY OF ONEIDA et al., Appellants, and TOWN OF KIRKLAND, Respondent. (And Other Actions.)—Order unanimously affirmed, without costs *(see, Yearwood v Town of Brighton,* 101 AD2d 498, *affd* 64 NY2d 667; *Evers v Westerberg,* 38 AD2d 751, *affd* 32 NY2d 684; *Crosby v Town of Bethlehem,* 90 AD2d 134). (Appeals from order of Supreme Court, Oneida County, Grow, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.